Decision Per Curiam.

---

Albert M. Rebston, Appellant, vs. Annie M. Rebston, Appellee.

Appeal from Circuit Court Duval county.

*A. M. Michelson*, for Appellant.

*M. C. Jordan*, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on motion of counsel for appellee.